# LAW OFFICES OF DOUGLAS A. EMANUEL

Brooklyn Office

5417 Fourth Avenue
Brooklyn, New York 11220
Tel. (718) 492-2626
Fax (718) 492-1311

September 15, 2016

FILED VIA ECF

Honorable I. Leo Glasser
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Sandra Amezquita, et al v. City of New York, et al
15 CV 0303 (ILG)(SMG)

Honorable Sir:

Our office represents the Plaintiffs in this action, to wit, Sandra Amezquita, Ronel Lemos Florian, Mercedes Hidalgo and Secundino Payamps Peralta.

Beth J. Hoffman, Esq., of New York City Corporation Counsel, represents the City of New York and its police officers, other than officers Joseph Degan and Pedro Valecillo, who are represented by Douglas LaBarbera, Esq. of the Worth, Longworth & London law firm.

We submit for Your Honor's consideration a proposed electronically signed Stipulation wherein the parties agree that all of the Plaintiffs' Federal Claims, upon which this Court's jurisdiction is based, shall be discontinued and dismissed with prejudice.

The foregoing is, of course, subject to Your Honor's approval, which we pray the Court will grant.

Should the Court approve the Stipulation, we also pray that the Court will decline to exercise supplemental jurisdiction over the state law claims, as also set forth in the Stipulation.

Page 2

I thank the Court for its honorable consideration.

Very truly yours,

*s/ Douglas A. Emanuel*
Douglas A. Emanuel

DAE/sm
cc:     Beth J. Hoffman, Esq.
          Mitch Garber, Esq.